Same case below, 614 F.3d 964.

**No. 10-838. Pacific Bell Telephone Company, dba AT&T California, Petitioner v. California Public Utilities Commission, et al.**

564 U.S. 1019, 131 S. Ct. 3050, 180 L. Ed. 2d 845, 2011 U.S. LEXIS 4693.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 621 F.3d 836.

**No. 10-929. Dennis Daugaard, Governor of South Dakota, et al., Petitioners v. Yankton Sioux Tribe, et al.**

564 U.S. 1019, 131 S. Ct. 3024, 180 L. Ed. 2d 845, 2011 U.S. LEXIS 4720.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 606 F.3d 994.

**No. 10-931. Southern Missouri Recycling and Waste Management District, Petitioner v. Yankton Sioux Tribe, et al.**

564 U.S. 1019, 131 S. Ct. 3024, 180 L. Ed. 2d 845, 2011 U.S. LEXIS 4670.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 606 F.3d 994.

**No. 10-932. Pam Hein, State's Attorney of Charles Mix County, South Dakota, et al., Petitioners v. Yankton Sioux Tribe, et al.**

564 U.S. 1019, 131 S. Ct. 3024, 180 L. Ed. 2d 845, 2011 U.S. LEXIS 4702.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 606 F.3d 994.

**No. 10-1058. Yankton Sioux Tribe, et al., Petitioners v. Dennis Daugaard, Governor of South Dakota, et al.**

564 U.S. 1019, 131 S. Ct. 3026, 180 L. Ed. 2d 845, 2011 U.S. LEXIS 4657.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 606 F.3d 994.

**No. 10-1044. Ed Strickland, et al., Petitioners v. City of Seattle, Washington.**

564 U.S. 1019, 131 S. Ct. 3025, 180 L. Ed. 2d 845, 2011 U.S. LEXIS 4602.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 394 Fed. Appx. 407.

**No. 10-1156. Troy Burdine, Petitioner v. Richard Weiss, Director, Arkansas Department of Finance and Administration.**

564 U.S. 1019, 131 S. Ct. 3027, 180 L. Ed. 2d 845, 2011 U.S. LEXIS 4608.

June 20, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 379 S.W.3d 476.